

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
|  | § |  |
| El Paso Community MHMR d/b/a Emergence Health Network and Emergence Health Network, | § | No. 08-18-00183-CV |
|  | § | Appeal from the |
| Appellants, | § | 327th District Court |
| v. | § | of El Paso County, Texas |
| Diana Billingsley, | § | (TC# 2018-DCV-0919) |
| Appellee. | § |  |
|  | § |  |

**O R D E R**

Pending before the Court is the First Joint Motion for Extension of Abatement of the Appeal. The motion is GRANTED. We therefore extend the abatement until May 18, 2019. The parties shall file their motion to dismiss the appeal or their motion for continuation of abatement on or before May 18, 2019.

IT IS SO ORDERED this 18th day of April, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.